UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIAPRISSA JOCSON,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

No. 2:26-cv-05356-ACCV

~~[PROPOSED]~~ JUDGMENT

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 09/16/2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge